UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> B & B SWEEPING, et al., <br><br> Defendants. | Case No. 14-cv-01798-VC <br><br> **ORDER GRANTING PLAINTIFFS' REQUEST TO APPEAR BY TELEPHONE** <br><br> Re: Dkt. No. 32 |

On October 20, 2014 Plaintiffs Russell E. Burns et al. requested that the hearing on the plaintiffs' Motion for Default Judgment, which has been noticed by the plaintiffs to be held on November 6, 2014, be vacated and that the matter be decided on the papers or, in the alternative, that the Court allow the plaintiffs to appear at the hearing telephonically.  Docket No. 32.

The hearing shall remain on calendar at 10:00 a.m. on November 6, 2014.  The plaintiffs do not need to appear in person, and they do not need to appear by telephone unless the defendants appear.  Counsel for the plaintiffs shall be available by telephone between 10:00 a.m. and 12:00 noon.  If the defendants fail to appear in person at the hearing, the Court will grant the plaintiffs' Motion for Default Judgment.

**IT IS SO ORDERED**.

Dated: October 27, 2014

_____
VINCE CHHABRIA
United States District Judge