UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.,<br>　　　Plaintiff,<br>　　v.<br>B & B SWEEPING, et al.,<br>　　　Defendant. | 14-cv-01798-VC<br><br>**JUDGMENT** |

　　　The Court, having granted the plaintiffs' motion for default judgment after the defendants failed to participate in the proceedings, now enters judgment in favor of the plaintiffs and against the defendants.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  November 13, 2014

_____
VINCE CHHABRIA
United States District Judge